# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

IN RE: NEW-INDY EMISSIONS LITIGATION )
) Case No.: 0:21-cv-01480-SAL
)           0:21-cv-01704-SAL
)
)
)
)

## STIPULATION OF DISMISSAL

      Plaintiffs Kenny N. White, Candice Cherrybone, Shane Nickell, Tracie Nickell, Amanda Swager, Shara Swager, Terri Kennedy, Marty Kennedy, Enrique Lizano, Sansanee Lizano, Melda Gain and Orrin Gain ("the Plaintiffs"), and Defendants New-Indy Catawba, LLC and New-Indy Containerboard, LLC ("the Defendants) (collectively, "the Parties"), have agreed to end with prejudice all claims asserted by Plaintiffs against Defendants in the above-captioned matter, pursuant to the terms of the Class Action Settlement Agreement which was granted Final Approval by this Honorable Court on September 18, 2024 (ECF No. 362).

      THEREFORE, IT IS STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(ii), by the undersigned counsel for the parties, that all claims asserted by the Plaintiffs against the Defendants are HEREBY DISMISSED WITH PREJUDICE.

WE SO STIPULATE:

| | |
|---|---|
| /s/ T. David Hoyle | /s/ Scott T. Schutte |
| T. David Hoyle (Fed. ID No. 9928) | Scott T. Schutte (admitted *pro hac vice*) |
| MOTLEY RICE LLC | MORGAN, LEWIS & BOCKIUS LLP |
| 28 Bridgeside Blvd. | 110 N. Wacker Drive, Suite 2800 |
| Mt. Pleasant, South Carolina 29464 | Chicago, Illinois 60606 |
| (843) 216-9000 | (312) 324-1000 |
| dhoyle@motleyrice.com | scott.schutte@morganlewis.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |